**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-8013**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARK BENJAMIN HEMPHILL,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Dennis W. Shedd and Cameron McGowan Currie, District Judges.  (CR-99-659; CA-04-890)

Submitted:  March 10, 2005          Decided:  March 15, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mark Benjamin Hemphill, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Benjamin Hemphill seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000) as untimely. An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Hemphill has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Hemphill's motion for production of documents, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -